# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-CR-00224-1-BCW |
| | ) | |
| JULIAN J. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. #37) to Deny Defendant's Motion to Suppress Evidence (Doc. #26). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, the parties' arguments, and consistent with the Court's ruling during the March 5, 2014 change of plea hearing, the Court adopts Magistrate Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #37), Defendant's Motion to Suppress Evidence (Doc. #26) is DENIED. It is further

ORDERED that Magistrate Judge Larsen's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: March 6, 2014            /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT